No. 647. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* DIXIE CARRIERS, INC., ET AL.;

No. 654. UNITED STATES *v.* DIXIE CARRIERS, INC., ET AL.; and

No. 655. INTERSTATE COMMERCE COMMISSION *v.* DIXIE CARRIERS, INC., ET AL. Appeals from the United States District Court for the Southern District of Texas. Probable jurisdiction noted. *Robert H. Bierma, Richard J. Murphy* and *Harvey Huston* for the Atchison, Topeka & Santa Fe Railway Co. et al., appellants in No. 647. *Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, appellants. *Donald Macleay, Harry C. Ames, Harry C. Ames, Jr., Nuel D. Belnap, T. S. Christopher* and *John C. Ridley* for appellees. Reported below: 143 F. Supp. 844.